UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Elona Koonce, | Court File No. 15-CV-2710 (DSD/FLN) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Union Pacific Railroad Co., | |
| Defendant. | |

---

Plaintiff Elona Koonce hereby informs the Court that Parties have reached an amicable resolution of this matter and details will be forthcoming.

Respectfully submitted,

Dated: February 24, 2017

**NICHOLS KASTER, PLLP**

s/Nicholas D. Thompson
Matthew H. Morgan (MN #304657)
morgan@nka.com
Nicholas D. Thompson (MN #0389609)
nthompson@nka.com
80 South Eighth Street, 4600 IDS Center
Minneapolis, Minnesota 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878

ATTORNEYS FOR PLAINTIFF

1