UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

Elona Koonce,

    Plaintiff,

v.                                           Court File No. 15-CV-2710 (DSD/FLN)

Union Pacific Railroad Co.,

    Defendant.

_____

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, who have been authorized by their respective clients to execute this Stipulation For Dismissal With Prejudice, that the above-captioned action be and hereby is dismissed in its entirety with prejudice, without any further award of attorneys' fees, costs or disbursements to either party.

                                Respectfully submitted,

Dated: June 13, 2017              **NICHOLS KASTER, PLLP**

                                s/Nicholas D. Thompson
                                Matthew H. Morgan (MN #304657)
                                    morgan@nka.com
                                Nicholas D. Thompson (MN #0389609)
                                    nthompson@nka.com
                                80 South Eighth Street, 4600 IDS Center
                                Minneapolis, Minnesota 55402-2242
                                Telephone:  (612) 256-3200
                                Fax:  (612) 338-4878

                                ATTORNEYS FOR PLAINTIFF

Dated:  June 13, 2017            **UNION PACIFIC RAILROAD CO.**

                                s/Thomas A. Hayden
                                Thomas A. Hayden (*pro hac vice*)
                                    tahayden@up.com
                                Law Department
                                101 N. Wacker Drive, Room 1920
                                Chicago, Illinois  60606
                                Telephone: (312) 777-2038

                                DONNA LAW FIRM, P.C.

                                Daniel R. Mitchell (MN #0329150)
                                    dmitchell@donnalaw.com
                                7601 France Avenue South, Suite 350
                                Minneapolis, MN  55435
                                Telephone: (952) 562-2493

                                ATTORNEYS FOR DEFENDANT